**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6411**

———————————

ALFRED GEE,

                                         Petitioner - Appellant,

     versus

DENNIS BIDWELL, Warden; THE ATTORNEY GENERAL
OF THE STATE OF MARYLAND,

                                        Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
97-232-PJM)

———————————

Submitted: August 28, 1997     Decided: September 17, 1997

———————————

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Alfred Gee, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Gee v. Bidwell, No. CA-97-232-PJM (D. Md. Feb. 10, 1997). We dismiss as moot Appellant's motion to expedite and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2